

MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5698



February 27, 2008

Wisconsin Western District Court
120 North Henry Street
Madison, WI 53703-4304

Dear Clerk:

**Re:**   US v  Carl Golston
    Our case number:  **08 CR 167**   **- Northern District of Illinois**   Your case number 06 CR 73

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Carl Golston, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

                    Sincerely,

                    Michael W. Dobbins
                    Clerk

            by:    Laura Springer

                    Deputy Clerk

**FILED**
3-17-08
MAR 1 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosure

# U.S. District Court
## Western District of Wisconsin (Madison)
### CRIMINAL DOCKET FOR CASE #: 3:06-cr-00073-bbc All Defendants
### Internal Use Only

Case title: USA v. GOLSTON, CARL

Date Filed: 03/30/2006

Assigned to: Chief Judge Barbara B Crabb

**Defendant**

**Carl Golston (1)**     represented by **David Lester Mandell**
306 E. Wilson Street
P.O. Box 2095
Madison, WI 53701
608-256-7765
Email: mandellginsberglaw@tds.net
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Pending Counts**

CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE
(1)

**Disposition**

Convicted/final plea of guilty.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

A **TRUE** COPY, Certified    3/14/08
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin

By _____
Deputy Clerk

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA     represented by **John William Vaudreuil**
660 West Washington Avenue, #303
Madison, WI 53703
608-264-5158
Email: john.vaudreuil@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2006 | | Jams Import Utility Entry (Entered: 03/30/2006) |
| 03/30/2006 | | Criminal Charges/Counts (Entered: 03/30/2006) |
| 03/30/2006 | 1 | JS-45 (Entered: 03/30/2006) |
| 03/30/2006 | 2 | INDICTMENT - WARRANT ISSUED; DELIVERED TO USMS FOR SERVICE. (Entered: 03/30/2006) |
| 03/31/2006 | 3 | CTRM. MIN: INIT. APP.; DEFT. ADVISED OF RIGHTS; ARRG. SET FOR 4/6/06 AT 10:30 AM; DEFT. DETAINED. (SLC) 10 (Entered: 03/31/2006) |
| 03/31/2006 | 4 | ORDER OF DETENTION - TEMPORARY. (SLC) CC MLD. (Entered: 03/31/2006) |
| 04/03/2006 | | ATTY. DAVID MANDELL APPOINTED. (Entered: 04/03/2006) |
| 04/04/2006 | 5 | CJA 20 APPOINTMENT (MANDELL) (Entered: 04/04/2006) |
| 04/06/2006 | 6 | CTRM. MIN: ARRG.; N.G. PLEA ENTERED; SCHEDULE SET; DEFT. DETAINED. (SLC) 7 (Entered: 04/06/2006) |
| 04/07/2006 | 7 | ORDER SCHEDULING (SLC) (Entered: 04/07/2006) |
| 04/27/2006 | | PLEA HEARING SET FOR 5/3/06 AT 1:40 PM. (Entered: 04/27/2006) |
| 05/03/2006 | 8 | CTRM. MIN: PLEA HRG.; GUILTY PLEA ENTERED; PSR DUE 6/20/06; OBJS DUE 7/5/06; STCG 7/26/06 AT 1:00 PM. 15 (Entered: 05/03/2006) |
| 05/03/2006 | 9 | PLEA AGREEMENT (Entered: 05/03/2006) |
| 06/26/2006 | | RECD. DEFT. LETTER STATING NO OBJ. TO PSR; DELIVERED TO BBC. (Entered: 06/26/2006) |
| 06/26/2006 | | RECD. GOVT. LETTER STATING NO OBJS. TO PSR; DELIVERED TO BBC. (Entered: 06/27/2006) |
| 07/26/2006 | 10 | CTRM. MIN: STCG.; CT. 1: CBOP 24 MOS; 3 YRS S/R; $100 CA; DEFT. DETAINED. 10 (Entered: 07/26/2006) |

| 08/01/2006 | ●11 | JUDGMENT AND COMMITMENT ENTERED. (Entered: 08/01/2006) |
|---|---|---|
| 09/11/2006 | ●12 | CJA 20 CERTIFIED FOR PAYMENT (MANDELL/$1,521.57) (Entered: 09/11/2006) |
| 09/28/2006 | ●13 | JUDGMENT AND COMMITMENT WITH MARSHAL RETURN (Entered: 09/28/2006) |
| 03/03/2008 | ●14 | Jurisdiction of Supervised Release Transferred to Northern District of Illinois as to Carl Golston Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (vob) (Entered: 03/11/2008) |
| 03/14/2008 | ● | (Court only) ***Staff Notes as to Carl Golston: Record sent to Northern District of Illinois. (vob) (Entered: 03/14/2008) |

14

**08CR 0167**
MAGISTRATE JUDGE COLE
JUDGE DOW

| PROB 22 (Rev. 02/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 06-CR-73-C-1 |
| | | DOCKET NUMBER (Rec. Court) |

FILED
2008 MAR -3 PM 12:25
THERESA L. OWENS
CLERK US DIST COURT
WD OF Madison

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carl Golston | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| FILED JN 2-25-08 FEB 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | Honorable Barbara B. Crabb | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/23/07 — TO 12/22/10 |

**OFFENSE**

Possession with Intent to Deliver Cocaine, a Schedule II Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_January 30, 2008_     _Barbara B Crabb_
Date     United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

FEB 2 2 2008     _James F. Holderman_
Effective Date     United States District Judge

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By _Laura Sprung_
DEPUTY CLERK
U. S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: FEB 27 2008

# United States District Court
## Western District Of Wisconsin

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (for offenses committed on or after November 1, 1987) |
| V. | Case Number: 06-CR-73-C-01 |
| CARL GOLSTON | Defendant's Attorney: David L. Mandell |

The defendant, Carl Golston, pleaded guilty to count 1 of the indictment.

ACCORDINGLY, the court has adjudicated defendant guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Cocaine, a Schedule II controlled substance; a Class C felony | March 27, 2006 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

July 26, 2006
Date of Imposition of Judgment

Barbara B. Crabb
District Judge

July 28, 2006
Date Signed:

A TRUE COPY, Certified
3/14/08
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _____
Deputy Clerk

Copy of this document has been provided to: US Atty, Pret, Consel, Def, USM, Finance
this 31st day of July, 2006
by _____
S. Vogel, Secretary to
Judge Barbara B. Crabb

# IMPRISONMENT

As to count 1 of the indictment, it is adjudged that defendant is committed to the custody of the Bureau of Prisons for imprisonment for a term of 24 months.

I recommend that defendant be placed in a residential re-entry center prior to release.

# RETURN

**I have executed this judgment as follows:**

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
　　　Deputy Marshal

# SUPERVISED RELEASE

The term of imprisonment is to be followed by a three-year term of supervised release, as to count 1 of the indictment.

Defendant shall report to the probation office in the district to which defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Defendant shall not commit another federal, state, or local crime.

Defendant shall not illegally possess a controlled substance.

If defendant has been convicted of a felony, defendant shall not possess a firearm, destructive device, or other dangerous weapon while on supervised release.

Defendant shall cooperate with the collection of DNA by the U.S. Justice Department and/or the U.S. Probation and Pretrial Services Office as required by Public Law 108-405.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Financial Penalties sheet of this judgment.

Defendant shall comply with the standard conditions that have been adopted by this court (set forth on the next page).

As special conditions of supervision, defendant is to:

(1) Register with local law enforcement agencies and the state attorney general as directed by the supervising U.S. probation officer;

(2) Provide the supervising U.S. probation officer any and all requested financial information;

(3) Abstain from the use of illegal drugs and from association with drug users and sellers and participate in substance abuse treatment. Defendant shall submit to drug testing beginning within 15 days of his release from custody and 60 drug tests annually thereafter. The probation office may utilize the Administrative Office of the U.S. Courts' phased collection process; and

(4) Submit his person, residence, office or vehicle to a search conducted by a U.S. probation officer at a reasonable time and in a reasonable manner whenever the probation officer has reasonable suspicion of contraband or of the violation of a condition of release; failure to submit to a search may be a ground for revocation; defendant shall advise any other residents that the premises he is occupying may be subject to searches pursuant to this condition.

## STANDARD CONDITIONS OF SUPERVISION

1) Defendant shall not leave the judicial district without the permission of the court or probation officer;

2) Defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) Defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) Defendant shall support his or her dependents and meet other family responsibilities;

5) Defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) Defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

8) Defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) Defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) Defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) Defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) As directed by the probation officer, defendant shall notify third parties of risks that may be occasioned by defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm defendant's compliance with such notification requirement.

# CRIMINAL MONETARY PENALTIES

Defendant shall pay the following total financial penalties in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $100.00 | $0.00 | $0.00 |
| Total | $100.00 | $0.00 | $0.00 |

It is ordered that defendant is to pay a $100 criminal assessment penalty to the Clerk of Court for the Western District of Wisconsin immediately following sentencing.

Defendant does not have the means or earning potential to pay a fine under advisory § 5E1.2(c) without impairing his ability to support himself and pay child support and arrears upon his release from imprisonment.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order:

　　　　　　　　　　　(1) assessment;
　　　　　　　　　　　(2) restitution;
　　　　　　　　　　　(3) fine principal;
　　　　　　　　　　　(4) cost of prosecution;
　　　　　　　　　　　(5) interest;
　　　　　　　　　　　(6) penalties.

The total fine and other monetary penalties shall be due in full immediately unless otherwise stated elsewhere.

Unless the court has expressly ordered otherwise in the special instructions above, if the judgment imposes a period of imprisonment, payment of monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

In the event of a civil settlement between victim and defendant, defendant must provide evidence of such payments or settlement to the Court, U.S. Probation office, and U.S. Attorney's office so that defendant's account can be credited.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 06 CR 073 C |
| CARL GOLSTON, | 21 U.S.C. § 841(a)(1) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

On or about March 27, 2006, in the Western District of Wisconsin, the defendant,

CARL GOLSTON,

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1)).

A TRUE BILL

_____, AUSA
STEPHEN P. SINNOTT
United States Attorney

Indictment returned: 3/30/06

A TRUE COPY, Certified
3/14/08
Theresa M. Owens, Clerk
U.S. District Court
Western District of Wisconsin
By _____
Deputy Clerk

CC: DEFT., USA, USM, PROBA., SLC, BBC, FDS
Date 3-30-06
By _____